ACCEPTED
01-14-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 5:48:20 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01015-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 5:48:20 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
HOUSTON, TEXAS**

**SANDRA NZE**
Appellant

**V.**

**UCHENNA NWABUEZE**
Appellee

## APPELLANT'S RESPONSE TO APPELLE'S MOTION
## TO DISMISS APPEAL AS MOOT

Appellant, Sandra Nze, through counsel, Nwadi Nwogu asks the Court to deny Appellee's motion to dismiss appeal as moot and retain matter on the Court's docket.

On March 26, 2015, Appellant filed with the court, a brief detailing the lack of subject matter jurisdiction by the justice court that rendered judgment in the eviction matter. The judgment of the justice court and the judgment affirmed by the County Court on December 31, 2014 are void.

Appellee's brief was due on June 25, 2015 but is yet to be filed.

On June 10, 2015, Appellee served Appellant with a Writ of Possession based on the void order of the court requiring her to vacate her property within 24 hours. Appellant sought protection from the court through a Writ of Mandamus and a Motion for Emergency Stay of the

Writ of Possession - Case No. 01-15-00526-CV. The Court denied the motion and petition. On June 18, 2015, Appellant filed a Motion for Rehearing of the Court's Opinion and paid the applicable fees. That Motion is still pending with the Court. Appellant also requested from the Court a consolidation of the matters. On June 22, Appellee executed his Writ of Possession.

Appellant requests the Court to issue its opinion striking the order on which the writ is based as void, make an order restraining Appellee from selling the property and restore Appellant to her rightful home pending the equitable division of the property by the divorce court.

The matter before this Court is not Moot. Appelle's arguments and allegations are untrue. The issue is whether the Justice Court had jurisdiction to decide title to the parties' property and the answer is NO.

For these reasons, Appellant asks the Court to deny Appellee's motion to dismiss this appeal as moot and retain Appellant's suit on the Court's docket.

Respectfully submitted,

ODUNZE NWOGU LAW GROUP, P.C.

By: /s/ NWADI NWOGU_____
NWADI NWOGU
Texas Bar No. 24074826
6001 SAVOY DRIVE
SUITE 302
HOUSTON, Texas  77036
Tel. (713)334-8080
Fax. (713)334-3533
Email address: NWADI@ONLAWGROUP.COM

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**


       I certify that on June 26, 2015 a true and correct copy of this document was served via e-mail facsimile transmission on Carlette White.


/s/ NWADI NWOGU_____
NWADI NWOGU